UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-20573

CLAIMANT LTD.,

       Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

       Defendants.

### [proposed] ORDER GRANTING MOTION TO SEAL

Before the Court is Plaintiff's Motion to Seal Certain Documents Containing Identifying Information About the Parties. The Court, having considered the Motion and finding good cause hereby grants Plaintiff's Motion.

It is hereby **ORDERED and ADJUDGED** that the Clerk of Court is directed to seal, upon filing, the following documents:

(1)    Unredacted Complaint and supporting exhibits;

(2)    Schedule "A" to the Complaints;

(3)    Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets and Incorporated Memorandum of law;

(4)    Declaration of Gabriel Seah in support of Plaintiff's TRO and supporting exhibit;

2

      (5)    Declaration of Joel B. Rothman in support of Plaintiff's TRO and supporting exhibits.

**DONE AND ORDERED** in Miami, Florida, this __th day of _____ 2024.

                                                                                                            _____

                                                                                                           UNITED STATES DISTRICT JUDGE
                                                                                                           HONORABLE RODOLFO A. RUIZ, II