UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMIA DIVISION

CASE NO.: 1:24-cv-20573

G&S PRINTS PTE. LTD.,

                 Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

                 Defendant,

## STIPULATION OF DISMISSAL

Plaintiff G&S Prints Pte. Ltd. and Defendants Blueplus (Defendant No. 5 on Schedule "A"), and Ceiln (Defendant No. 6 on Schedule "A"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated:  May 1, 2024                        Respectfully submitted,

*/s/ Joel B. Rothman*                      */s/ David Silver*
JOEL B. ROTHMAN                      DAVID SILVER
joel@sriplaw.com                         david@bayramoglu-legal.com

**SRIPLAW, P. A**.                           **BAYRAMOGLU LAW OFFICES LLC**
21301 Powerline Road                 1540 West Warm Springs Road Suite 100
Suite 100                                    Henderson Nevada 89014
Boca Raton, FL 33433                 702.462.5973 - Telephone
561.404.4335 - Telephone            702.553.3404 - Facsimile
561.404.4353 - Facsimile

                                                Counsel for *Defendants Blueplus & Ceiln*
*Counsel for Plaintiff  G&S Prints Pte. Ltd.*     *(Defendants No. 5 & 6 on Schedule "A")*