**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-20573-RAR**

**G&S PRINTS PTE. LTD.**,

      Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"**,

      Defendants.

**ORDER ON FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Entry of Final Judgment by Default as to Defendants identified on Schedule "A" to the Complaint numbered 2, 7, 9, 10, 11, 14, 15, 16, 18, 22, 23, 27, 30, 31, 33, 35, 36, 38, 39, 40, 41, 42, 45, 46, 47, 48, 49, 50, 51, 53, 56, 59, 60, 68, 69, 70, 71, 72, 73 ("Defaulting Defendants"), [ECF No. 89]. The Court granted Plaintiff's Motion. *See* [ECF No. 32]. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Final Default Judgment is entered in favor of Plaintiff G&S Prints Pte. Ltd. against Defaulting Defendants, and G&S is granted relief as follows:

    **A.**    **Permanent Injunctive Relief**

    1.    Each Defaulting Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defaulting Defendant having notice of this Order are hereby permanently restrained and enjoined from copying, displaying, distributing, or creating derivative works of Plaintiff's copyrighted Work or any confusingly similar Work.

2. Each Defaulting Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Permanent Injunction shall immediately and permanently discontinue the use of the Plaintiff's copyrighted work, or confusingly similar Work, on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs.  This order is limited to the Defaulting Defendant' listings using the Plaintiff's copyrighted Work, on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs, and does not apply to the Defaulting Defendants' entire e-commerce stores.

3. Defaulting Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Amazon.com and Amazon Payments, Inc., eBay.com, Etsy.com, Redbubble.com, Walmart.com, PayPal, Inc., Stripe, Inc., Custom Domains, and their related companies and affiliates on which this Court imposed restraints under the Preliminary Injunction are ordered to release the funds restrained to satisfy the monetary judgments and pay those funds over to Plaintiff.

**B.     Copyright Infringement as to All Defaulting Defendants**

Statutory damages of $100,000 in favor of Plaintiff against each Defaulting Defendant are hereby awarded, for which sums let execution issue.

**C.     Release of Bond**

The bond posted by Plaintiff in the amount of $10,000.00 shall be released by the Clerk. The Court orders execution to issue for this judgment and the Court denies all relief not granted in this judgment.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of August, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**